IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    vs.                   : CRIMINAL NO: CR-1-02-126
                             : JUDGE WEBER

**THOMAS DWAYNE PHELPS,**

      **Defendant.**

### SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                                            Respectfully submitted,

                                            GREGORY G. LOCKHART
                                            United States Attorney

                                            s/Deborah F. Sanders
                                            DEBORAH F. SANDERS (0043575)
                                            Assistant United States Attorney
                                            Southern District of Ohio
                                            303 Marconi Boulevard, Suite 200
                                            Columbus, Ohio 43215-2401
                                            (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Thomas Dwayne Phelps, 10936 Pleasant Hill Drive, Cincinnati, OH 45251 by first class mail, postage prepaid, this 29th day of September, 2005.

                                              s/Deborah F. Sanders
                                              DEBORAH F. SANDERS (0043575)
                                              Assistant United States Attorney

N:\_ECF Workload\DSanders\phelps, thomas sat.wpd