

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2006 NOV 15 PM 3: 22

United States of America,
    Plaintiff,

v.

Thomas Phelps,
    Defendant.

Case No. 1:02cr126
(Hogan, MJ)

### ORDER APPOINTING COUNSEL

The Defendant has filed with this Court a financial affidavit which shows his/her inability to retain counsel.

Therefore, the Federal Public Defender, Esq., 2000 URS Center, 36 East Seventh Street, Cincinnati, Ohio 45202, 513-929-4834, is hereby appointed to represent the Defendant in this matter.

IT IS SO ORDERED.

Date  11/15/06

awh    November 15, 2006

Timothy S. Hogan
United States Magistrate Judge