AO 468 (1/86) Waiver of Preliminary Examination or Hearing ⊕

# United States District Court

SOUTHERN _____ DISTRICT OF _____ OHIO _____

2006 NOV 15 PM 2:34

UNITED STATES OF AMERICA

V.

Thomas D. Phelps

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1-02-CR-126

I, Thomas D. Phelps, charged in a (complaint) (petition) pending in this District with Supervised Release Violation in violation of Title 18, U.S.C., 3583, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Tommy Phelps_
Defendant

Nov. 15, 2006
Date

_[signature]_
Counsel for Defendant