UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,  :  Case No.: CR-1-02-126

    Plaintiff,  :  ( Judge Herman J. Weber)

v.  :

THOMAS PHELPS ,

    Defendant

:

**ORDER**

**Pursuant to the request by counsel for the defense, the above styled case is SCHEDULED for a Revocation hearing on Wednesday, January 17, 2007 at 10:00 a.m.**

**IT IS SO ORDERED.**

        __s/Herman J. Weber_____
        Herman J. Weber, Senior Judge
        United States District Court