UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

:          Case No.: CR-1-02-126

UNITED STATES OF AMERICA
         Plaintiff,                                    :          ( Judge Herman J. Weber)
v.                                                                :

THOMAS PHELPS,

       Defendant

:
**ORDER**

Parties are advised that the Revocation Hearing currently scheduled for January 17, 2007 is

RESCHEDULED to Wednesday, February 28, 2007 at 10:00 a.m.

**IT IS SO ORDERED.**

           __s/Herman J. Weber_____
            Herman J. Weber, Senior Judge
            United States District Court