UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRIMINAL MINUTES - SUPERVISED RELEASE REVOCATION HEARING**

UNITED STATES OF AMERICA
      -vs-                                                                  CASE NO. CR-1-02-126
**THOMAS D. PHELPS**

---

COUNSEL PRESENT:

ASSISTANT UNITED STATES ATTORNEY: Anthony Springer
DEFENSE: Kelly Johnson

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Amy Thomas

Court Reporter Jodie Perkins (Official)

Courtroom Deputy Darlene Maury

Probation Officer   Michelle Merritt

DATE: Wednesday, February 28, 2006
TIME: 10:00 a.m. - 10:45 a.m

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING. Defendant present with counsel.

Defendant admits violations. The Court finds that defendant has violated his Conditions of Supervised Release.

Court **ORDERS** that defendant's Supervised Release is **REVOKED** and the defendant is **TO THE BUREAU OF PRISONS FOR A PERIOD OF ONE DAY** and following incarceration, shall serve a term of Supervised Release of **EIGHTEEN (18) MONTHS**. 4MONTHS OF HOME INCARCERATION AND 4 MONTHS IN A RE-ENTRY PROGRAM.

**The Defendant Is Further Ordered to Abide by the Special Conditions and Standard Conditions of Supervised Release for the Southern District of Ohio.**

Defendant advised of right to appeal.