UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,  :    Case No.: CR-1-02-126
    Plaintiff, :
v. :

THOMAS D. PHELPS

    Defendant

:
**ORDER**

    Parties are advised that the above styled case is SCHEDULED for a Motion Conference on Thursday, May 31, 2007 at 10:00 a.m.

    The Court will at that time consider Defendant's Motion to Clarify Terms of Supervised Release (#44).

**IT IS SO ORDERED.**

                                                                    s/Herman J. Weber
                                                               Judge Herman J. Weber
                                                             United States District Court