UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MOTION CONFERENCE**

USA
    v                                                CR: 1:02cr126
THOMAS PHELPS,

Court Personnel Present:

HONORABLE HERMAN J. WEBER
Court Reporter Mary Anne Ranz (Official)
Law Clerk: Amy Thomas
Courtroom Deputy:    Darlene Maury
-------------------------------------------------------------------------------------------------------

**Appearances:** Ben Dusing for Govt., Michelle Merritt for USPO, Kelly Johnson and T. Phelps (Deft) for Defense.

Case called for a Motion Conference. Conference held in Chambers. Court directs that the Transcript of this proceeding be Sealed. Motion to Clarify Conditions of Supervised Release (#44) addressed. Oral Order of the Court stated for the record.

Date: Thursday, May 31, 2007
TIME: 10:00 a.m. - 10:55 a.m.